# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES LEATH, | : | No. 3:17cv1418 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | (Magistrate Judge Arbuckle) |
| | : | |
| UNITED STATES OF AMERICA, ET AL., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 30th day of January 2020, it is hereby **ORDERED** as follows:

1) Plaintiff James Leath's objections to Magistrate Judge Arbuckle's report and recommendation (Doc. 49) are **OVERRULED**;

2) Magistrate Judge Arbuckle's report and recommendation (Doc. 48) is **ADOPTED**;

3) Defendant United States of America's motion for summary judgment (Doc. 36) is **GRANTED** and the Clerk of Court is directed to enter judgment in favor of the defendants and against the plaintiff; and

4) The Clerk of Court is directed to close this case.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**